IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60232
Summary Calendar
_____

STAN GHEORGHICA,

Petitioner,

VERSUS

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
No. A-71-981-463
- - - - - - - - - -
January 26, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Stan Gheorghica, a native and citizen of Romania, has petitioned this court to review a determination by the Board of Immigration Appeals ("BIA") that he should be deported. We DENY Gheorghica's petition because the record shows that the BIA's determination is supported by substantial evidence. Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).

PETITION DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.